Dismissed and Memorandum Opinion filed July 23, 2009








Dismissed
and Memorandum Opinion filed July 23, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00093-CV

____________

 

AFUAH BOATENG, JOHNELL SANDERS FERNANDEZ,
SHARON GAY, 

DR. JOEL S.
HOCHMAN, ROSALAIND HULL, GLORIA ANN TUCKER,

 and MISSY L.
WALKER, Appellants

 

V.

 

UNITED STATES OF AMERICA and 

TRAILBLAZER HEALTH ENTERPRISES, LLC, Appellees

 



 

On Appeal from the 280th District Court 

Harris County,
Texas

Trial Court Cause
No. 2003-49088

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 15, 2008.  On February 19, 2009, this
court ordered the parties to mediate the case.  On July 14, 2009, the parties
filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman and Boyce.